## AFFIDAVIT OF SERVICE

I, the undersigned, am an attorney admitted to practice law in the State of New York and in the U.S. District Courts for the Southern and Eastern Districts of New York. I hereby certify that on the date indicated below a copy of the document(s) shown below was served on the person(s) shown below by depositing a true copy of same, enclosed in a first class postage paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

**CASE:** Carole Richards
Bankruptcy case no.   17-12378-CGM
Adversary case no.   18-01647-CGM

**DATE DOCUMENT(S) SERVED:**   October 1, 2018

**DOCUMENT(S) SERVED:**  Complaint.

**DOCUMENT(S) SERVED UPON:** See below.

**Date:** October 1, 2018
New York, New York

/s/ M. Bradford Randolph

_____
M. Bradford Randolph, Esq.
*Attorney for the debtor*

M. Bradford Randolph, Esq., PLLC
45 Rockefeller Plaza, FL 20
New York, New York 10111

Telephone: (212) 759-0097
Fax: (212) 759-0087

**Copy to:**

Chief Judge Cecelia G. Morris
U.S. Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road, STE 102
White Plains, NY 10603
United States Trustee

1

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014